# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 03 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

2021 AUG 27 AM 11:26

| United States of America | |
|---|---|
| v. | Case No. 4:20CR00098-10 JM |
| Kelby Shane Epperson | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Kelby Shane Epperson,**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release**, as further explained in the attached documents.

Date: August 27, 2021

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/27/2021, and the person was arrested on *(date)* 8/30/2021
at *(city and state)* Paragould, AR

Date: 9/1/2021

_____ 3/5/19
*Arresting officer's signature*

W. Logsdon  DUSM
*Printed name and title*