IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 4:20-cr-00098-JM-10

KELBY SHANE EPPERSON                                        DEFENDANT

## ORDER OF DETENTION

The Defendant appeared with counsel on this date on the Government's Supplemental Motion to Revoke (Doc. No. 208). Based on the allegations, Defendant's partial admission, and the argument of the parties, the Court finds Defendant has violated the terms and conditions of pretrial release. Accordingly, the Defendant is detained in the custody of the United States Marshal pending trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, where feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.]

SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE